Keith **FISHER**, Appellant,

v.

**R.L. MORRISON**, Warden, Appellee.

No. 06–2775.

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 6, 2007.

Filed: Dec. 20, 2007.

Keith Fisher, Duluth, MN, pro se.

David Philip Steinkamp, U.S. Attorney's Office, Minneapolis, MN, for Appellee.

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

PER CURIAM.

Federal inmate Keith Fisher appeals the district court's[1] partial denial of his 28 U.S.C. § 2241 petition. Following de novo review, *see Hill v. Morrison*, 349 F.3d 1089, 1091 (8th Cir.2003), we agree with the district court that the Bureau of Prisons had no obligation to consider Fisher for immediate placement in a Residential Reentry Center (RRC), *see Fults v. Sanders*, 442 F.3d 1088, 1089–90 (8th Cir.2006), and we decline to consider Fisher's newly raised claim that he is entitled to immediate RRC placement based on extraordinary family circumstances, *see Stone v. Harry*, 364 F.3d 912, 914–15 (8th Cir. 2004).

1. The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.

Accordingly, we affirm under 8th Cir. Rule 47B.